# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL E. ELLIS, | CASE NO. 1:02-CV-5646-AWI-SMS-P |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO RETURN EXHIBITS ATTACHED TO ORIGINAL OPPOSITION TO PLAINTIFF |
| v. | |
| STEVEN CAMBRA, JR., et al., | (Doc. 58) |
| Defendants. | |

_____/

Plaintiff Randall E. Ellis ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. With his opposition to defendants' motion to dismiss, plaintiff included many original documents as exhibits. In light of the fact that the court retains original documents for only a limited period of time after they are scanned into the court's electronic file, the court deems it necessary in this instance for the Clerk's Office to return plaintiff's exhibits. As set forth in the Amended First Informational Order, plaintiff is cautioned to submit photocopies of exhibits to the court rather than the original documents.

The Clerk's Office is HEREBY DIRECTED to return to plaintiff the original exhibits attached to his original opposition, filed May 31, 2005.

IT IS SO ORDERED.

**Dated:   August 30, 2005**            /s/ Sandra M. Snyder
i0d3h8                                   UNITED STATES MAGISTRATE JUDGE

1