# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL E. ELLIS,<br><br>        Plaintiff,<br><br>    v.<br><br>STEVEN CAMBRA, JR., et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:02-CV-5646-AWI-SMS-P<br><br>ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE OBJECTION<br><br>(Doc. 65)<br><br>ORDER DIRECTING DEFENDANTS' COUNSEL TO FACILITATE COPYING OF PLAINTIFF'S EXHIBIT<br><br>(Doc. 65) |

    Plaintiff Randall E. Ellis ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 31, 2005, the undersigned issued a Findings and Recommendations recommending that defendants' motion to dismiss be granted in part and denied in part. The parties were given thirty days within which to file objections. On September 29, 2005, plaintiff filed a motion seeking an extension of time to file an objection and an order directing prison officials to photocopy his exhibit. Defendants did not file a response to plaintiff's motion.

    In his motion, plaintiff states that his objection is complete, but that the law librarian refused to photocopy one of his exhibits to the objection because it was too old. Plaintiff submits a copy of the denial of his request for photocopy service, which indicates that the request was denied because the inmate appeal plaintiff sought to copy is five years old.

///

1

The law librarian's decision to deny plaintiff's request to photocopy an inmate appeal because the librarian decided it was too old to merit use as an exhibit is unacceptable. Although the librarian may have believed in good faith that the basis for denial was sound, the librarian is mistaken. The exhibit appears relevant to plaintiff's objections and the age of the exhibit is wholly immaterial. Defendants' counsel is directed to facilitate the photocopying of the exhibit so that plaintiff may submit his objection to the court for filing.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, filed September 29, 2005, is GRANTED;
2. Plaintiff's objection is due within **thirty (30) days** from the date of service of this order; and
3. Defendants' counsel shall contact the appropriate prison official and facilitate the copying of plaintiff's exhibit so that plaintiff may file his objection within thirty days.

IT IS SO ORDERED.

Dated:   **October 25, 2005**            /s/ Sandra M. Snyder
i0d3h8                                   UNITED STATES MAGISTRATE JUDGE