# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL E. ELLIS,<br><br>        Plaintiff,<br><br>   v.<br><br>STEVEN CAMBRA, JR., et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:02-CV-05646-AWI-SMS-P<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE<br><br>(Doc. 76) |

On April 26, 2006, in conjunction with his opposition to defendants' motion to dismiss, plaintiff requested the court take judicial notice of a memorandum concerning an appeals survey being conducted by California Prison Focus.

"A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). "A court shall take judicial notice if requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d).

Although plaintiff may submit documentary evidence in support of his opposition, the court cannot take judicial notice of the memorandum. First, the memorandum is incomplete, but regardless, the statements made in the memorandum are not subject to judicial notice because the contents are subject to dispute.

///

///

1   Based on the foregoing, plaintiff's request for judicial notice is HEREBY DENIED.

2

3   IT IS SO ORDERED.

4   **Dated:     August 22, 2006**              **/s/ Sandra M. Snyder**
    icido3                                     UNITED STATES MAGISTRATE JUDGE