UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL E. ELLIS, | 1:02-cv-05646-AWI-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING MOTION TO DISMISS CERTAIN CLAIMS FOR FAILURE TO EXHAUST** |
| vs. | |
| STEVEN CAMBRA, JR., et al., | (Docs. 73 and 79) |
| Defendants. | **ORDER REQUIRING DEFENDANT DREW TO FILE RESPONSE TO THIRD AMENDED COMPLAINT WITHIN THIRTY DAYS** |

Plaintiff Randall E. Ellis ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 23, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within thirty days. To date, the parties have not filed any objection to the Magistrate Judge's Findings and Recommendations.

1

1 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 23, 2006, is ADOPTED IN FULL;

2. Defendants' Rule 12(b) motion to dismiss, filed March 27, 2006, is GRANTED;

3. Plaintiff's claims against defendants Galaza, Bendon, and Van Zandt are DISMISSED, without prejudice, based on plaintiff's failure to exhaust; and,

4. Defendant Drew shall file a response to plaintiff's third amended complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   December 12, 2006              /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE

2