# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL E. ELLIS,<br><br>  Plaintiff,<br><br>  v.<br><br>STEVEN CAMBRA, JR., et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:02-cv-05646-AWI-SMS PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION, NUNC PRO TUNC TO JANUARY 18, 2008<br><br>(Doc. 102)<br><br>ORDER GRANTING PLAINTIFF THIRTY DAYS FROM THE DATE OF SERVICE OF DEFENDANT'S DISCOVERY RESPONSES TO FILE A SUPPLEMENT TO THE OPPOSITION<br><br>(Doc. 104) |

On December 19, 2007, Plaintiff Randall E. Ellis ("Plaintiff") filed a motion seeking an extension of time to file an opposition to Defendant Drew's motion for summary judgment. Plaintiff filed an opposition on January 18, 2008, and his motion for an extension of time shall be granted nunc pro tunc to January 18, 2008.

In a separate order, the Court granted Plaintiff's motions to compel in part. Plaintiff shall be allowed to supplement his opposition once he is served with the outstanding discovery to which he is entitled pursuant to the Court's order. The supplement is limited to no more than ten pages, not including exhibits.

///

///

1

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to file an opposition, filed December 19, 2007, is GRANTED nunc pro tunc to January 18, 2008;
2. Plaintiff has **thirty (30) days** from the date of service of the outstanding discovery responses within which to file a supplement to his opposition; and
3. The supplement to the opposition, if any, may be no longer than ten pages, not including exhibits.

IT IS SO ORDERED.

**Dated:   March 27, 2008**                              /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE

2