UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL E. ELLIS,<br><br>  Plaintiff,<br><br>  v.<br><br>STEVEN CAMBRA, JR., et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:02-cv-05646-AWI-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CHANGE OF VENUE<br><br>(Doc. 107) |

On March 17, 2008, Plaintiff Randall E. Ellis ("Plaintiff") filed a motion for a change of venue and to stay summary judgment proceedings following his transfer from California State Prison-Corcoran in this district to Pelican Bay State Prison in the Northern District.

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Here, there are no ground justifying transfer of this action. Plaintiff's argument that because the event occurred in the Northern District, because Defendant resides in the Northern District, and because Plaintiff is now in the Northern District, it is in the interest of conservation of resources to transfer the case is unavailing.

This action has been pending in this district court since 2002.[1] The Court has, concurrently with this order, addressed Plaintiff's pending discovery motions, and the parties have filed cross-motions for summary judgment. Transfer of this action to a court unfamiliar with the case would

---

[1] This action originally involved other claims which arose in this district and because the current claim was related to those claims properly brought here, the Court did not dismiss this claim or sever it and transfer it.

1

serve to tax judicial resources, not conserve them. Further, until and unless this action reaches trial, everything is resolved on the papers, making it immaterial where Plaintiff and Defendant currently reside. Plaintiff chose this venue by virtue of filing suit here and Plaintiff's transfer to a prison outside of this district is simply not a compelling reason to transfer this case to another district.

Plaintiff's motion for a change of venue is HEREBY DENIED. Plaintiff's motion for a stay of summary judgment is resolved in a separate order issued concurrently with this order.

IT IS SO ORDERED.

**Dated:   March 27, 2008**                   /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE