# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL E. ELLIS,<br><br>    Plaintiff,<br><br>  v.<br><br>STEVEN CAMBRA, JR., et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:02-cv-05646-AWI-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 109)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO STRIKE (Doc. 97)<br><br>ORDER STRIKING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND GRANTING PLAINTIFF A FORTY-FIVE DAY EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT (Doc. 92) |

    Plaintiff Randall E. Ellis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 27, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any Objection to the Findings and Recommendations was to be filed within thirty days. No Objection was filed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    The Findings and Recommendations, filed March 27, 2008, is adopted in full;

1

1     2.    Defendant's motion to strike, filed November 27, 2007, is GRANTED;

2     3.    Plaintiff's motion for summary judgment, filed November 15, 2007, is STRICKEN; and

4     4.    If Plaintiff opts to file a new motion for summary judgment, it must be filed within **forty-five (45) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:  May 12, 2008**             **/s/ Anthony W. Ishii**
                                                 UNITED STATES DISTRICT JUDGE