# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL E. ELLIS,<br><br>        Plaintiff,<br><br>   v.<br><br>STEVEN CAMBRA, JR., et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:02-cv-05646-AWI-SMS PC<br><br>ORDER GRANTING PLAINTIFF A THIRTY-DAY EXTENSION OF TIME TO FILE FINAL STATUS REPORT AND TO NOTIFY COURT WHETHER HE IS WITHDRAWING HIS MOTION FOR RECONSIDERATION FILED ON APRIL 30, 2008<br><br>(Docs. 113 and 119) |

      Plaintiff Randall E. Ellis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 22, 2008, the Court issued an order requiring Plaintiff to file a status report regarding his ability to communicate with his inmate witnesses within thirty days. The Court has received and reviewed Plaintiff's three interim responses, filed September 16, 2008, September 17, 2008, and October 1, 2008. Plaintiff is currently unable to provide a final status report, but it appears communication is being facilitated by prison officials and will be accomplished without the Court's intervention.

      Accordingly, Plaintiff is granted a thirty-day extension of time to file his final status report and to notify the Court whether he is withdrawing his motion for reconsideration filed on April 30, 2008.

IT IS SO ORDERED.

Dated:    October 2, 2008               /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE