# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL E. ELLIS, | CASE NO. 1:02-cv-05646-AWI-SMS PC |
| Plaintiff, | ORDER DEEMING MOTION FOR RECONSIDERATION WITHDRAWN AS MOOT |
| v. | |
| STEVEN CAMBRA, JR., et al., | (Doc. 113) |
| Defendants. | ORDER GRANTING NINETY-DAY EXTENSION OF TIME TO FILE SUPPLEMENTAL OPPOSITION, NOT TO EXCEED FIFTEEN PAGES |
| | (Doc. 124) |

On November 10, 2008, in compliance with the Court's order of October 2, 2008, Plaintiff notified the Court that he withdraws his motion for reconsideration, filed on April 30, 2008, as moot but seeks a ninety-day extension of time to file his supplemental opposition and seeks leave to exceed the Court's limit of ten pages by five additional pages. Defendant did not file a response.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for reconsideration, filed April 30, 2008, is deemed WITHDRAWN as moot; and

///
///
///
///

1

2.     Plaintiff is GRANTED **ninety (90) days** from the date of service of this order within which to file his supplemental opposition, not to exceed fifteen pages, excluding exhibits.

IT IS SO ORDERED.

**Dated:**    **December 15, 2008**            /s/ Sandra M. Snyder
                                                     UNITED STATES MAGISTRATE JUDGE