# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL E. ELLIS,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN CAMBRA, JR., et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:02-cv-05646-AWI-SMS PC<br><br>ORDER STRIKING STIPULATION AND PROPOSED ORDER<br><br>(Doc. 126)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A THIRTY-DAY EXTENSION OF TIME<br><br>(Doc. 127)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE A COURTESY COPY OF THIS ORDER ON ATTORNEY ANTHONY D. PRINCE |

Plaintiff Randall E. Ellis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 15, 2008, the Court granted Plaintiff a ninety-day extension of time to file his supplemental opposition to Defendant Drew's motion for summary judgment. On March 12, 2009, Defendant's counsel and attorney Anthony D. Prince filed a stipulation and proposed order extending the deadline ninety days. On March 16, 2009, Plaintiff filed a motion seeking a thirty-day extension of time.

Plaintiff has not filed a substitution of attorney in compliance with Local Rule 83-182(a) and (g). Until he has done so, Mr. Prince may not appear on Plaintiff's behalf. The stipulation and proposed order shall therefore be stricken from the record.

///

1

Accordingly, it is HEREBY ORDERED that:

1. The stipulation and proposed order, filed March 12, 2009, is STRICKEN from the record;
2. Plaintiff's motion for a thirty-day extension of time to file his supplemental opposition, filed March 16, 2009, is GRANTED; and
3. The Clerk's Office shall serve a courtesy copy of this order on attorney Anthony D. Prince.

IT IS SO ORDERED.

**Dated:   March 17, 2009**                           **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE