# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL E. ELLIS, | CASE NO. 1:02-cv-05646-AWI-SMS PC |
| Plaintiff, | ORDER DENYING MOTION TO VACATE ORDER, AND GRANTING MOTION FOR ONE-HUNDRED TWENTY DAY EXTENSION OF TIME TO FILE SUPPLEMENTAL OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| STEVEN CAMBRA, JR., et al., | |
| Defendants. | |
| _____/ | (Doc. 132) |

On April 10, 2009, Plaintiff Randall E. Ellis filed a motion seeking to vacate the Court's prior order granting a thirty-day extension of time to file his supplemental opposition to Defendant Drew's motion for summary judgment, and requesting a one-hundred twenty day extension of time to file the supplemental opposition.

Plaintiff's motion to vacate the prior order is HEREBY DENIED. The order granting the thirty-day extension was filed on March 18, 2009, and because the time period has already expired, it is unnecessary to vacate the order.

Plaintiff's motion for a one-hundred twenty day extension of time to file his supplemental opposition is HEREBY GRANTED. The supplemental opposition is due within **one-hundred twenty (120) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:    **April 27, 2009**                                **/s/ Sandra M. Snyder**
                                                         UNITED STATES MAGISTRATE JUDGE