# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL E. ELLIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN CAMBRA, JR., et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:02-cv-05646-AWI-SMS PC<br><br>ORDER APPROVING STIPULATION, AND EXTENDING DEADLINE FOR PLAINTIFF TO FILE SUPPLEMENTAL OPPOSITION TO NOVEMBER 27, 2009<br><br>(Doc. 136) |

　　　On August 20, 2009, the parties filed a stipulation to extend the deadline for Plaintiff to file his supplemental opposition to Defendant's motion for summary judgment from August 28, 2009, to November 27, 2009.

　　　The stipulation is HEREBY APPROVED, and the deadline for Plaintiff to file his supplemental opposition is extended to November 27, 2009.

IT IS SO ORDERED.

**Dated:　August 21, 2009**　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1