# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL E. ELLIS,<br><br>          Plaintiff,<br><br>     v.<br><br>STEVEN CAMBRA, JR., et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:02-cv-05646-AWI-SMS PC<br><br>ORDER APPROVING STIPULATION, AND EXTENDING DEADLINE FOR PLAINTIFF TO FILE SUPPLEMENTAL OPPOSITION TO APRIL 26, 2010<br><br>(Doc. 139) |

On November 25, 2009, the parties filed a stipulation to extend the deadline for Plaintiff to file his supplemental opposition to Defendant's motion for summary judgment from November 27, 2009, to April 26, 2010.

The stipulation is HEREBY APPROVED, and the deadline for Plaintiff to file his supplemental opposition is extended to April 26, 2010.

IT IS SO ORDERED.

**Dated:   November 30, 2009**              /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE