# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL E. ELLIS, | CASE NO. 1:02-cv-05646-AWI-SMS PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO TERMINATE COUNSEL OF RECORD AND DIRECTING PLAINTIFF'S COUNSEL OF RECORD TO PREPARE AND FORWARD A SUBSTITUTION OF ATTORNEY FORM TO PLAINTIFF |
| v. | |
| STEVEN CAMBRA, JR., et al., | |
| Defendants. | |
| | (Doc. 141) |

On March 4, 2010, Plaintiff Randall E. Ellis filed a motion seeking to terminate his representation by counsel of record, Anthony David Prince, Esq., and to restore Plaintiff to pro se status. (Doc. 141.)

To terminate a representation relationship a submit a substitution of attorney form, signed by both Plaintiff and Mr. Prince, must be filed.

Accordingly, Plaintiff's motion to terminate Mr. Prince as his counsel of record is HEREBY DENIED. Mr. Prince is ORDERED to prepare a substitution of attorney form, substituting himself out and returning Plaintiff to pro se status. Mr. Prince is ORDERED to sign the substitution of attorney form and send it to Plaintiff within ten (10) days of the date of this order for Plaintiff to sign and file with the Court. Mr. Prince will be able to obtain his copy of the fully executed substitution of attorney form via the CM/ECF system when Plaintiff files it with this Court.

IT IS SO ORDERED.

Dated: **March 5, 2010**              /s/ Sandra M. Snyder
                                                            UNITED STATES MAGISTRATE JUDGE