# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL E. ELLIS,<br><br>         Plaintiff,<br><br>   v.<br><br>STEVEN CAMBRA, JR., et al.,<br><br>         Defendants._____/ | CASE NO. 1:02-cv-05646-AWI-SMS PC<br><br>ORDER REQUIRING DEFENDANT TO FILE REPLY, IF ANY, WITHIN SEVEN DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>(Doc. 148) |

On July 12, 2010, Plaintiff filed his fifteen page supplemental opposition in compliance with the Court's orders. (Docs. 110, 125, 144.) Pursuant to Local Rule 230(l), the reply was due seven days after service of the opposition. However, although Plaintiff's opposition was served by mail on June 28, 2010, it was not received and filed until July 12, 2010, after the expiration of the deadline to reply. Local Rule 230(l).

Defendant is entitled to an opportunity to reply. Accordingly, Defendant's reply, if any, is due within **seven (7) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   July 16, 2010**              /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE

1