# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL E. ELLIS,<br><br>  Plaintiff,<br><br> v.<br><br>STEVEN CAMBRA, JR., et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:02-cv-05646-AWI-SMS PC<br><br>ORDER DENYING MOTION FOR LEAVE TO FILE DECLARATION<br><br>(Doc. 149)<br><br>ORDER DIRECTING CLERK OF COURT TO SEND COPY OF SUPPLEMENTAL OPPOSITION FILED JULY 12, 2010, TO PLAINTIFF<br><br>(Doc. 148) |

On July 12, 2010, Plaintiff filed his fifteen page supplemental opposition in compliance with the Court's orders. On July 15, 2010, Plaintiff filed a motion seeking leave to file his declaration. Plaintiff contends that his declaration was included with the opposition as Exhibit A when he submitted the filing to the law library for copying. Plaintiff then mailed his opposition believing it to be complete but found the declaration was missing when he later reviewed his own copy.

The supplemental opposition filed with the Court includes two duplicative Exhibit A cover sheets and two declarations, which explains what happened to Plaintiff's copy of Exhibit A and accompanying declaration.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for leave to file his declaration is DENIED on the ground that the declaration was included in the supplemental opposition filed with the Court; and

///

1

2. The Clerk's Office SHALL send Plaintiff a courtesy copy of the supplemental opposition filed on July 12, 2010.

IT IS SO ORDERED.

**Dated:   July 16, 2010**                              /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE