# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL E. ELLIS, | CASE NO. 1:02-cv-05646-AWI-SMS PC |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY, NUNC PRO TUNC TO SEPTEMBER 9, 2010 |
| v. | |
| STEVEN CAMBRA, JR., et al., | (Doc. 156) |
| Defendants. | |
| _____/ | |

Defendant Drew's motion for an extension of time to file his reply is HEREBY GRANTED, nunc pro tunc to September 9, 2010.

IT IS SO ORDERED.

**Dated:    September 9, 2010**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE

1